IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 1:13CR383-LO-8 |
| | ) | Honorable Liam O'Grady |
| GEOFFREY KENNETH COMMANDER | ) | |
| Defendant | ) | |

ORDER FOR TRAVEL EXPENSES

CAME THIS DAY defendant Geoffrey Commander, by counsel, and moved this Court for an Order authorizing and directing the United States Marshal Service to make non-custodial travel arrangements designed to bring Mr. Commander from his residence in Peterborough, New Hampshire to Alexandria, Virginia for his appearance at a hearing presently scheduled for August 19, 2014 at 11:00 a.m. and for two meetings his return home following the hearing. Further, Mr. Commander requested that the Marshals provide lodging and for subsistence expenses for an overnight stay to assure his timely appearance.

AND IT APPEARING that the requests are reasonable and necessary, it is

ORDERED that his motion be granted and that the United States Marshals Service provide Mr. Commander round trip transportation from his home in Peterborough, New Hampshire to Alexandria, Virginia and lodging and subsistence expenses as necessary for his hearing presently scheduled for August 19, 2014 at 11:00 a.m. and/or on such further date(s) as his hearing may be scheduled.

Entered: July 29, 2014
Alexandria, Virginia

Honorable Liam O'Grady
United States District Judge

cc: United States Marshals Service
Prisoner Coordination Section