IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
<u>Alexandria Division</u>

UNITED STATES OF AMERICA )
)
vs. ) Case No. 1:13CR383-LO-8
)
GEOFFREY KENNETH COMMANDER )
    Defendant )

MOTION OF THE DEFENDANT GEOFFREY COMMANDER
<u>TO AUTHORIZE FUNDS FOR TRAVEL</u>

COMES NOW, defendant Geoffrey Commander, by counsel, and moves this Court for an Order pursuant to 18 U.S.C. 4285, directing the United States Marshals Service to pay for his non-custodial transportation and lodging for his sentencing hearing scheduled for December 5, 2014 at 1:00 p.m. and as grounds for which respectfully states as follows:

1. Mr. Commander resides in Peterboro, New Hampshire which is a considerable distance from the location of his sentencing hearing in this Court.

2. Previously, he has driven to Alexandria with his wife. She is out of the country and unavailable to share driving. However, he is confident in making the upcoming trip alone and would appreciate the opportunity to fly and not be worn down by the long drive, which is taxing in terms of cost and energy.

3. Mr. Commander, recently retired, lives on his Social Security benefit and is indigent, having been found so for purposes of representation.

4. It is asserted that such an allowance of funds for travel and subsistence will serve the interests of justice.

WHEREFORE, defendant Geoffrey Commander, by counsel, requests that he be allowed the assistance of the Marshals Service in arranging and funding hit non-custodial transportation and lodging for his plea hearing and other attendant duties surrounding that date.

Respectfully submitted,

GEOFFREY COMMANDER

By counsel

_____/s/_____
Drewry B. Hutcheson, Jr.
McGinley, Elsberg & Hutcheson, P.L.C.
627 South Washington Street
Alexandria, Virginia 22314
Phone: (703) 549-5550
Fax: (571) 970-6333
Email: hutch365@msn.com
VSB # 21969
Counsel for Geoffrey Commander

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2014 I electronically filed the foregoing Motion to Authorize Funds for Travel with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing (NEF) to the attorneys for the government and all counsel of record.

_____/s/_____
Drewry B. Hutcheson, Jr.
McGinley, Elsberg & Hutcheson, P.L.C.
627 South Washington Street
Alexandria, Virginia 22314
Phone: (703) 549-5550
Fax: (571) 970-6333
Email: hutch365@msn.com
VSB # 21969
Counsel for Geoffrey Commander